242

Dinah JONES and William Potter, Plaintiffs Below, Appellants,

v.

CLYDE SPINELLI, LLC, dba, Pine Valley Apartments, Defendants Below, Appellees.

No. 442, 2016

Supreme Court of Delaware.

Submitted: March 15, 2017

Decided: March 16, 2017

Court Below: Superior Court of the State of Delaware, C.A. No. N14C–12–159

AFFIRMED.

Amy BUTLER, Respondent Below, Appellant,

v.

DEPARTMENT OF SERVICES, FOR CHILDREN, YOUTH AND THEIR FAMILIES (DSCYF), Petitioner Below, Appellee.

No. 443, 2016

Supreme Court of Delaware.

Submitted: March 8, 2017

Decided: March 17, 2017

Court Below—Family Court of the State of Delaware, File No(s). 15–04–06TN, 15–

0411TN, Petition No(s). 15–10677, 15–11221

AFFIRMED.